# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WENCESLAUS PROVOST JR**. and **ANGELA PROVOST,** both individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**THOMAS J. VILSACK**, in his official capacity as the SECRETARY OF AGRICULTURE and his successors in interest, 1400 Independence Avenue, S.W. Washington, D.C. 20250,<br><br>*and*<br><br>**THE UNITED STATES DEPARTMENT OF AGRICULTURE**, 1400 Independence Avenue, S.W. Washington, D.C. 20250,<br><br>Defendants. | Case No.: 1:24-cv-0920-TJK |

## NOTICE OF AMENDED COMPLAINT

NOW COME PLAINTIFFS and amend their Complaint as a matter of right pursuant to Fed. R. Civ. P 15(a)(1) and the Court's Order entered on August 21, 2024 (ECF No. 30) as Defendants have not answered the Complaint. Plaintiffs request that the Clerk of the Court docket the Amended Complaint.

Dated:  September 16, 2024

Wilson Sonsini Goodrich & Rosati
Professional Corporation

 */s/ John B Kenney*
John B. Kenney (D.C. Bar No. 1520911)
Robin S. Crauthers (D.C. Bar No. 1659397)

1700 K Street, NW
Washington, DC 20006
Telephone: (202) 973-8800
rcrauthers@wsgr.com
jkenney@wsgr.com

Ariel C. Green Anaba (admitted *pro hac vice*)
Luis Li (admitted *pro hac vice*)
Paul Watford (admitted *pro hac vice*)
Mark Yohalem (admitted *pro hac vice*)
Matthew Macdonald (admitted *pro hac vice*)
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
aanaba@wsgr.com
luis.li@wsgr.com
pwatford@wsgr.com
mark.yohalem@wsgr.com
matthew.macdonald@wsgr.com

Deno Himonas (admitted *pro hac vice*)
15 West South Temple
Gateway Tower West, Suite 1700
Salt Lake City, UT  84101-1560
Telephone: (801) 401-8520
dhimonas@wsgr.com

Luke Liss (admitted *pro hac vice*)
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
lliss@wsgr.com

Nora Ahmed (admitted *pro hac vice*)
American Civil Liberties Union of Louisiana
1340 Poydras Street, Suite 2160
New Orleans, LA 70112
Telephone: (504) 444-6046
nahmed@laaclu.org

*Attorneys for Plaintiffs
Wenceslaus Provost Jr. and Angela Provost*