

**United States Department of Agriculture**

**Office of the Assistant Secretary for Civil Rights**

**Office of Adjudication**

1400 Independence Avenue SW

Washington, DC 20250

JAN 0 5 2018

Mr. Wenceslaus Provost, Jr.
Mrs. Angela Provost

RE: NOTICE OF CLOSURE
Program Complaint Number: 16-7470

Dear Mr. and Mrs. Provost:

On June 29, 2016, the U.S. Department of Agriculture (USDA), Office of the Assistant Secretary for Civil Rights (OASCR), Office of Adjudication (OA) received your program complaint of discrimination. In the complaint, you alleged that on March 12, 2016, you were discriminated against based on your marital status and income derived from public assistance when a Farm Service Agency (FSA) official made false and damaging accusation on social media.

On July 28, 2016, your compliant was accepted and forwarded to OASCR's Early Resolution and Conciliation Division (ERCD) for potential resolution utilizing Alternative Dispute Resolution.

On September 5, 2017, an OA Investigator was assigned to review your complaint. On November 20, 2017, you completed and signed an affidavit confirming your participation in a FSA program. Upon review of your signed affidavit, we determined there is no connection between your general participation in FSA programs, your marital status and income derived from public assistance, and the social media post of an Iberia Parish County Committee Member. This allegation is unrelated to any program service, benefit, or resource delivered directly to the public by USDA. None of OASCR's conducted program regulations provide us any authority or jurisdiction over private disputes on social media.

USDA will close a complaint under the following circumstances:

    a. Voluntary withdrawal;
    b. Settlement or voluntary resolution;
    c. ***Lack of jurisdiction***;
    d. Failure to state a claim;
    e. Failure to pursue;
    f. Failure to file timely;
    g. Filing in court on the same or essentially similar claims;

Mr. Wenceslaus Provost
Mrs. Angela Provost
Page 2

      h. Lack of any further remedies;
      i. Any other authority provided in law;
      j. Failure to seek remedy available under the statues, regulation, or court decision;
      k. Continuation of a pattern of complaints previously filed by the complainant, or someone other than the complainant, that OASCR or a court of competent jurisdiction already have found to be without merit;
      l. Dissatisfaction with the processing of a previously filed complaint.

This is USDA's final action regarding this matter.

Sincerely,

[signature redacted]

Chief, Program Adjudication Division
Office of Adjudication

cc: [redacted], Director, Civil Rights Staff, Farm Service Agency

