IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENCESLAUS PROVOST JR. and ANGELA PROVOST, both individually and on behalf of all others similarly situated,<br><br> *Plaintiffs*,<br><br>v.<br><br>THOMAS J. VILSACK, in his official capacity as Secretary of the United States Department of Agriculture, and<br><br>the UNITED STATES DEPARTMENT OF AGRICULTURE,<br>1400 Independence Ave., SW<br>Washington, DC 20250<br><br> *Defendants*. | Case No. 1:24-cv-0920-TJK |

## **DECLARATION OF MARGO SCHLANGER**

1. My name is Margo Schlanger. I am over 21 years of age and fully competent and duly authorized to make this declaration. The facts in this declaration are based on my personal knowledge and information as well as on information and documents made available to me in my official capacity.

2. I have worked for the United States Department of Agriculture ("USDA") as a senior advisor since September 2022. I was stationed in Washington, District of Columbia until December 2023; I currently work from Ann Arbor, Michigan.

3. I currently serve as the Discrimination Financial Assistance Program ("DFAP") team lead responsible for overseeing and implementing policies and procedures for DFAP; I have held this position since March 2023. As the DFAP lead, I oversee a $2.2 billion program and provide leadership, management, and direction.

4. USDA established DFAP to implement Section 22007(e) of the Inflation

1

Reduction Act.

5. In Section 22007(e), Congress appropriated to USDA $2.2 billion for a program to provide financial assistance to farmers, ranchers, or forest landowners determined to have experienced discrimination prior to January 1, 2021, in USDA farm lending programs.

6. Under the statute, the Secretary of Agriculture is responsible for administering the financial assistance through qualified nongovernmental entities under standards set and enforced by USDA. The nongovernmental entities implemented a process to receive applications, determine whether applicants were eligible for financial assistance, and calculate awards to eligible applicants.

7. As USDA has announced on the DFAP website, 22007apply.gov, USDA has issued DFAP financial assistance to more than 43,000 farmers, ranchers, and forest landowners. There are no remaining funds available from the Section 22007(e) appropriation.

8. In Section 22007(e), Congress appropriated $2,200,000,000 for DFAP, to be used for both administration of the program and financial assistance awards. In addition, in section 22007(f), Congress appropriated $24,000,000 to be used for administration of the slate of programs established under section 22007, including section 22007(e) (DFAP).

9. Of the $2,200,000,000 appropriated specifically for DFAP, USDA through the Department of Treasury has distributed approximately $2.004 billion in financial assistance awards. Not all checks have been cashed or deposited yet, and some may be subject to reissuance by the Department of Treasury to individuals. As of today, this money is unavailable to be awarded as additional awards of financial assistance.

10. In addition to the $2.004 billion distributed in financial assistance awards, USDA spent all the rest of appropriated 22007(e) funds on administration of the program, including

both contract and internal costs.

11. Accordingly, none of the $2,200,000,000 appropriated in Section 22007(e) remains available for USDA to obligate.

12. USDA currently projects a shortfall in DFAP funds available to cover the administrative costs of running the program. It is possible, although not certain, that USDA may recoup some DFAP funds due to overpayments made in error. To the extent that any financial assistance award funds are returned to USDA in the future due to overpayment, USDA expects that those funds will be needed to help cover outstanding DFAP administrative costs, including those described below. USDA is also in the process of identifying other available funds to cover excess administrative costs.

13. USDA has covered some administrative costs with funds from Section 22007(f). The funding appropriated in Section 22007(f) was exclusively available for administrative costs. Additional administrative funding will be required for close-out of the program, including known expenses such as: creating and mailing Form 1099s; records movement, retention, and processing; website and other communications functions; responding to oversight requests by the Office of Inspector General, the Government Accountability Office, the U.S. Congress and others; and administrative staffing of the above.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 7th day of November, 2024.

*Margo Schlanger*
Margo Schlanger
Senior Advisor
United States Department of Agriculture