IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENCESLAUS PROVOST JR. *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>GARY WASHINGTON, in his official capacity as Acting Secretary of the United States Department of Agriculture, and<br><br>the UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>*Defendants*. | Case No. 1:24-cv-0920-TJK |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to LCvR 83.6(b), undersigned counsel for Defendants, Rebecca Kopplin, files this notice of withdrawal of appearance. No trial date has been set in this matter and Defendants will continue to be represented by Cassandra M. Snyder and any other Department of Justice attorneys who enter an appearance.

| | |
|---|---|
| Dated: March 4, 2025 | Respectfully submitted,<br><br>YAAKOV M. ROTH<br>Acting Assistant Attorney General<br>Civil Division<br><br>LESLEY FARBY<br>Deputy Branch Director<br><br>*/s/ REBECCA KOPPLIN*<br>REBECCA KOPPLIN<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, D.C. 20005 |